| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James Kenneth Banks Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9098 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | |
| Case number:   23–61391 | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Kenneth Banks Jr.

3/26/24

**By the court:** <u>Rebecca B. Connelly</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Virginia

In re:

James Kenneth Banks, Jr.
    Debtor

Case No. 23-61391-rbc

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6

Date Rcvd: Mar 26, 2024

User: admin

Form ID: 318

Page 1 of 2

Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Kenneth Banks, Jr., 21068 Bickers Lane, Orange, VA 22960-4026 |
| 5204539 | + | Republic Finance LLC, 360 Pantops Center, Charlottesville, VA 22911-8655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 26 2024 21:29:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5204534 | | EDI: CCS.COM | Mar 27 2024 01:26:00 | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 5204536 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 21:34:33 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 5205215 | + | Email/Text: EBN@brockandscott.com | Mar 26 2024 21:29:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 5205216 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 26 2024 21:29:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 5204535 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 26 2024 21:29:00 | Loancare LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5204537 | + | EDI: AGFINANCE.COM | Mar 27 2024 01:26:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5204538 | | Email/Text: bankruptcy@regionalmanagement.com | Mar 26 2024 21:29:00 | Regional Management Corp, 979 Batesville Rd, Suite B, Greer, SC 29651-6819 |
| 5204540 | + | EDI: VERIZONCOMB.COM | Mar 27 2024 01:26:00 | Verizon Wireless, 500 Technology Dr, #599, Weldon Springs, MO 63304-2225 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0423-6                           User: admin                                        Page 2 of 2

Date Rcvd: Mar 26, 2024                        Form ID: 318                                  Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024                  Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christine Maggard | on behalf of Creditor Lakeview Loan Servicing  LLC christine.maggard@brockandscott.com, wbecf@brockandscott.com |
| Hannah W. Hutman(436156) | hhutman@hooverpenrod.com  VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor James Kenneth Banks  Jr. notices@vabklaw.com, harville.williamb115872@notify.bestcase.com;notices@vabklaw.com |

TOTAL: 4